**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6487**

_____

MARSHALL DEWAYNE WILLIAMS,

                Petitioner - Appellant,

      v.

WARDEN OF BENNETTSVILLE FCI,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Donald C. Coggins, Jr., District Judge.  (5:24-cv-00585-DCC)

_____

Submitted:  December 18, 2025                Decided:  December 23, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marshall DeWayne Williams, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall DeWayne Williams, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order, *Marshall v. Warden of Bennettsville FCI*, No. 5:24-cv-00585-DCC (D.S.C. Mar. 5, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny as moot Williams' motion for bail pending appeal, and deny his motion for a temporary restraining order.

2